

January 12, 2017

**By ECF**
The Honorable Judge Stefan R. Underhill
United States Courthouse
915 Lafayette Boulevard, Suite 410
Bridgeport, Connecticut 06604

    **Re:** *Scott T. Lewis v. The City of New Haven, et al.* **– Case No. 3:16-cv-1382 (SRU)**

Dear Judge Underhill:

    The parties write in accordance with the Court's request for a status report on whether a referral for a settlement conference with Judge Garfinkel would be appropriate. We respectfully request a three-week extension so that we can better evaluate our settlement positions. In particular, the parties are working to determine whether there is insurance coverage that may apply to a settlement or judgment in this case. In addition, new counsel entered an appearance for Defendant Raucci today.

    Respectfully,

    /s/ Emma Freudenberger
    Emma Freudenberger
    *Attorney for Plaintiff*