UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT T. LEWIS : | |
| : | CASE NO. |
| Plaintiff : | |
| v. : | 3:16-cv-01382 (SRU) |
| : | |
| : | |
| CITY OF NEW HAVEN, ET AL. : | MARCH 3, 2017 |
| : | |
| Defendants : | |

## MOTION FOR ENLARGEMENT OF TIME OF DEFENDANTS CITY OF NEW HAVEN AND NICHOLAS PASTORE, IN HIS OFFICIAL CAPACITY ONLY, WITHIN WHICH TO RESPOND TO PLAINTIFF'S PRODUCTION REQUEST

Defendants City of New Haven and Nicholas Pastore, in his official capacity only, pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. Civ. R. 7(b), move the Court to enlarge the time for them to respond pleading to plaintiff's Request for Production, received on February 2, 2017, for an additional thirty (30) days of up to and including April 3, 2017. The grounds for this request are that the materials sought to be produced require investigation of, and an attempt to locate records and materials, if they do exist, generated, in some instances, more than twenty-five years ago.  Such an endeavor will require the expenditure of a lot of time and energy, in a situation where there are limited resources.

In accordance with D. Conn. L. Civ. R. 7(b) the undersigned represents that he had a telephone conversation with Attorney Rick Sawyer of Neufeld Scheck & Brustin, LLP, plaintiff's counsel, on February 2, 2017, and he did not object to this enlargement of time.

This is the <u>first</u> request of Defendants City of New Haven and Nicholas Pastore, in his official capacity only, for an enlargement of time within which to respond to plaintiff's Production Request.

>THE DEFENDANTS,
>CITY OF NEW HAVEN AND
>NICHOLAS PASTORE, IN HIS
>OFFICIAL CAPACITY ONLY
>
>BY:  /s/  *Michael A. Wolak, III*
>Michael A. Wolak, III
>Fed. Bar #ct12681
>Assistant Corporation Counsel
>City of New Haven
>Office of Corporation Counsel
>165 Church Street
>New Haven, CT 06510
>Tel. #: (203)946-7970
>Fax #: (203) 946-7942
>Email: mwolak@newhavenct.gov
>Their Attorney

## **CERTIFICATION**

I hereby certify that on March 3, 2017, the for Enlargement of Time of Defendants City of New Haven and Nicholas Pastore, in his official capacity only, Within Which to Respond to Plaintiff's Production Request was filed electronically and served by mail, if necessary, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

>/s/  *Michael A. Wolak, III*
>Michael A. Wolak, III