

## OFFICE OF THE CORPORATION COUNSEL
165 Church Street 4th Floor, New Haven, CT 06510
Tel: 203.946.7958   Facsimile: 203.946.7942
www.cityofnewhaven.com



New Haven

2008

Toni N. Harp
*Mayor*

John Rose, Jr.
*Corporation Counsel*

**SENT VIA E-MAIL AND REGULAR MAIL**

October 3, 2017

Honorable Stefan R. Underhill
United States District Court
915 Lafayette Boulevard
Suite 411
Bridgeport, CT  06604

Re:   Scott T. Lewis v. City of New Haven, et al.
      <u>Case No. 3:16-cv-01382 (SRU)</u>

Dear Judge Underhill:

I discussed on October 3, 2017, the status of the above referenced case with Attorney Emma Freudenberger, plaintiff's counsel. This matter, barring an unforeseen event, is anticipated to be completely resolved by no later than November 15, 2017. I will immediately notify the court and other counsel if an impediment arises to a resolution by that date.

Very truly yours,

*/s/ Michael A. Wolak*

Michael A. Wolak, III
Senior Assistant Corporation Counsel
Telephone #: (203) 946-7970

cc:   Attorney Emma Freudenberger
      Attorney Stephen P. Del Sole
      Attorney Scott M. Karsten
      Attorney Thomas E. Katon